## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| DEREE J. NORMAN, | : | No. 99 EM 2019 |
| Petitioner | : | |
| v. | : | |
| BRIAN A. WALL JR., MCCANN & WALL, LLC, | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of December, 2019, the Petition for Leave to Appeal *Nunc Pro Tunc*, treated as a Petition for Leave to File a Petition for Allowance of Appeal *Nunc Pro Tunc*, is DENIED.